(98 App. Div. 619)

### MARCUS v. POMERANZ.

(Supreme Court, Appellate Division, First Department.  November 11, 1904.)

1. JUDGMENTS—DEFAULTS—OPENING—CONDITIONS.

 As a condition of opening a default and vacating a judgment, defendant should be required to pay all costs of the action up to the date of granting the order, including a trial fee.

Appeal from Trial Term, New York County.

Action by Louis Marcus against Israel Pomeranz. From an order opening a default, plaintiff appeals. Modified.

Argued before VAN BRUNT, P. J., and HATCH, PATTERSON, D'BRIEN, and LAUGHLIN, JJ.

Gustavus A. Rogers, for appellant.
Lawrence B. Cohen, for respondent.

¶ 1. See Judgment, vol. 30, Cent. Dig. § 328.

PER CURIAM. The order should be modified by requiring defendant to pay, as a further condition of opening the default and vacating the judgment, all costs of the action to the date of granting the order, including a trial fee, and, as thus modified, affirmed, without costs.